# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REBECCA A. FAITH,** | : | CIVIL ACTION NO. 3:18-CV-916 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **NANCY A. BERRYHILL, Deputy Commissioner for Social Security Operations,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 29th day of March, 2019, for the reasons discussed in the simultaneously filed memorandum, it is hereby ordered that:

1. Plaintiff's appeal of the Commissioner's denial of benefits (Doc. 1) is granted;

2. Pursuant to the fourth sentence of 42 U.S.C. § 405 (g), this matter is remanded to the Acting Commissioner of Social Security for further consideration consistent with the simultaneously filed memorandum; and

3. The Clerk of Court is directed to enter judgment in accordance with this Order and to mark the matter in this Court closed.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania