AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| REBECCA A. FAITH, *Plaintiff* <br> v. <br> NANCY A. BERRYHILL, Deputy Commissioner for Social Security Operations, *Defendant* | Civil Action No. 3:18-CV-0916 <br> (Chief Judge Conner) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other: JUDGMENT be and is hereby ENTERED in favor of plaintiff REBECCA A. FAITH, and against defendant, NANCY A. BERRYHILL, Deputy Commissioner for Social Security Operations, as follows: Pursuant to the fourth sentence of 42 U.S.C. § 405(g), this matter is REMANDED to the Action Commissioner of Social Security for further consideration consistent with the simultaneously filed memorandum (Doc. 15), dated March 29, 2019, in accordance with this order (Doc. 16), also dated March 29, 2019.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge Chief Judge Christopher C. Conner

COMPLAINT FOR REVIEW OF HHS DECISION (SSID)

Date: Mar 29, 2019    *CLERK OF COURT* PETER WELSH, Acting Clerk of Court

K. McKinney

*Signature of Clerk or Deputy Clerk*